| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) MOODY, JR., JAMES S | 2. Court or Organization U.S.Dist.Ct.Middle Dist.FL | 3. Date of Report 04/28/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Dist. Ct. Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address U. S. District Court 801 North Florida Avenue #13A Tampa, FL 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Florida Blue Key Advisory Board (University of Florida) |
| 2. Director | Hillsborough County Bar Foundation |
| 3. Trustee | Marital Trust |
| 4. Director | University of Florida Law School Advisory Board |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 04/28/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Southern Methodist University | Meals, lodging, transportation. Speaker at Bonita Springs, FL Employment Law Seminar on June 12, 2004 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 04/28/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | secured loan | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUN TRUST ACCOUNTS | | | | | | | | | |
| 2. -- Individual checking | A | Interest | J | T | | | | | |
| 3. -- McIntosh Road | A | Interest | J | T | | | | | |
| 4. -- Checking | A | Interest | J | T | | | | | |
| 5. -- Savings | A | Interest | J | T | | | | | |
| 6. -- Individual | A | Interest | J | ·T | | | | | |
| 7. EDWARD JONES ACCOUNTS | | | | | | | | | |
| 8. -- Polk County | A | Interest | J | ·T | | | | | |
| 9. -- Marital Trust | A | Interest | K | | | | | | |
| 10. -- ▉Y & M | A | Interest | J | T | | | | | |
| 11. -- ▉Condo | A | Interest | J | T | | | | | |
| 12. -- Custodian #1 | B | Interest | K | T | | | | | |
| 13. -- Custodian #2 | A | Interest | J | T | | | | | |
| 14. MERRILL LYNCH ACCOUNTS | | | | | | | | | |
| 15. -- Individual | A | Interest | M | T | | | | | |
| 16. -- Marital Trust | A | Interest | M | T | | | | | |
| 17. T. ROWE PRICE FUND (Deferred comp) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GREAT WESTERN (Washington Mutual Bank) | B | Dividend | K | T | | | | | |
| 19. SYMETRA | A | Dividend | K | T | | | | | |
| 20. NATIONWIDE | A | Dividend | J | T | | | | | |
| 21. BANK OF AMERICA STOCK | E | Dividend | O | T | | | | | |
| 22. GEO THERMAL STOCK | | None | P3 | W | | | | | |
| 23. AM SOUTH | A | Dividend | J | T | | | | | |
| 24. DELL | A | None | K | T | | | | | |
| 25. CARNIVAL | A | Dividend | K | T | | | | | |
| 26. CITI GROUP | A | Dividend | J | T | | | | | |
| 27. SUN TRUST | A | Dividend | J | T | gift | 1-05 | J | | Irma Moody |
| 28. REAL PROPERTY | | | | | | | | | |
| 29. -- Diamond Hill, Valrico, FL | A | Rent | L | W | | | | | |
| 30. -- Polk County, FL | A | Trees | N | W | partial sale | 6-10 | O | G | City of Lakeland |
| 31. -- Franklin Street, Plant City, FL | A | Rent | L | W | | | | | |
| 32. -- Condo, Longboat Key, FL | D | Rent | N | W | | | | | |
| 33. -- Condo, Tampa | | None | M | W | | | | | |
| 34. -- Rental property, McIntosh, Hillsborough Co., FL | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Property #1, Celo, NC | | None | O | W | | | | | |
| 36. -- Property #2, Celo, NC | | None | K | W | merged | 9-02 | K | A | Merged w/ #1, Celo Mtn. |
| 37. -- Property #3, Highlands, NC | | None | M | W | | | | | |
| 38. -- North Carolina condo | C | Rent | N | W | purchased | 6-15 | N | | Irma Moody |
| 39. -- Rental property, Plant City, FL | E | Rent | N | W | | | | | |
| 40. INVESTMENT PARTNERSHIP | F | Dividend | P1 | T | | | | | |
| 41. -- Agere | | | | | | | | | |
| 42. -- Bank of America stock | | | | | | | | | |
| 43. -- Bank of Granite stock | | | | | | | | | |
| 44. -- B & K Bank Stock | | | | | | | | | |
| 45. -- Coastal Financial stock | | | | | buy | 6-05 | K | | |
| 46. -- Colonial Bancgroup stock | | | | | | | | | |
| 47. -- First Horizon stock | | | | | buy | 10-05 | K | | |
| 48. -- Greer Bancshares | | | | | buy | 6-05 | J | | |
| 49. --Johnson and Johnson | | | | | buy | 6-30 | L | | |
| 50. -- SunTrust stock | | | | | | | | | |
| 51. -- Wachovia stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type(e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Xerox stock | | | | | sold | 11-21 | J | A | |
| 53. -- Altria Group stock | | | | | | | | | |
| 54. -- Dell stock | | | | | buy | 9-20 | K | | |
| 55. -- Bristol Myers Squibb stock | | | | | | | | | |
| 56. -- General Electric stock | | | | | sold | 11-11 | J | A | |
| 57. -- Pfizer stock | | | | | | | | | |
| 58. -- Tupperware | | | | | | | | | |
| 59. -- Schering Plough stock | | | | | | | | | |
| 60. --Valero Energy | | | | | buy | 1-17 | L | | |
| 61. EDWARD JONES IRA | A | Interest | J | T | | | | | |
| 62. -- Bank America stock | A | Dividend | J | T | | | | | |
| 63. EDWARD JONES RETIREMENT ACCOUNT | B | Dividend | N | T | | | | | |
| 64. -- American Growth Fund of America | | | | | | | | | |
| 65. -- American New Perspective | | | | | | | | | |
| 66. -- American Washington Mutual Investors | | | | | | | | | |
| 67. -- American New Economy | | | | | | | | | |
| 68. -- American Smallcap World | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TRUST #1 | E | Dividend | P1 | T | | | | | |
| 70. -- Amsouth stock | | | | | | | | | |
| 71. -- Bank of America stock | | | | | | | | | |
| 72. -- Coca Cola stock | | | | | | | | | |
| 73. -- Coastal Financial stock | | | | | | | | | |
| 74. -- Compass stock | | | | | | | | | |
| 75. -- Duke Energy stock | | | | | | | | | |
| 76. -- Energizer stock | | | | | | | | | |
| 77. -- First Horizon stock | | | | | | | | | |
| 78. --Freescale Semiconductors | | | | | | | | | |
| 79. -- General Electric | | | | | | | | | |
| 80. -- Motorola stock | | | | | | | | | |
| 81. -- Ralcorp Holdings stock | | | | | | | | | |
| 82. -- SouthTrust stock | | | | | | | | | |
| 83. -- SunTrust stock | | | | | | | | | |
| 84. -- Wachovia stock | | | | | | | | | |
| 85. MORTGAGE REC. #2, Wimauma, FL | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MARITAL TRUST/EDWARD JONES | D | Dividend | M | T | | | | | |
| 87. -- Allied Capital | | | | | | | | | |
| 88. -- Am South stock | | | | | | | | | |
| 89. -- Bank of America stock | | | | | | | | | |
| 90. -- Bristol Myers stock | | | | | | | | | |
| 91. -- Clear Channel stock | | | | | transferred | 99-15 | K | | To Merrill Lynch acct. |
| 92. -- Merck stock | | | | | transferred | 9-14 | K | | To Merrill Lynch acct. |
| 93. -- Pfizer stock | | | | | transferred | 9-14 | K | | To Merrill Lynch acct |
| 94. -- Tupperware stock | | | | | transferred | 9-14 | K | | To Merrill Lynch acct. |
| 95. MARITAL TRUST/MERRILL LYNCH | E | Dividend | P1 | T | | | | | |
| 96. -- Altria stock | | | | | | | | | |
| 97. -- Allied Capital stock | | | | | | | | | |
| 98. -- Am South | | | | | | | | | |
| 99. -- Bank of America stock | | | | | | | | | |
| 100. -- Cardinal stock | | | | | buy | 8-06 | K | | |
| 101. --CCE Spinco | | | | | spin-off | 12-28 | J | | from Clear Channel |
| 102. -- Colonial Banc Group stock | | | | | buy | 6-21 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -- CVS stock | | | | | sold | 5-23 | K | | |
| 104. -- Dollar Tree stock | | | | | | | | | |
| 105. -- Duke Realty stock | | | | | | | | | |
| 106. -- Eastman Chemical stock | | | | | | | | | |
| 107. -- Hancock Partners | | | | | sold | 9-14 | K | | |
| 108. -- Johnson & Johnson stock | | | | | | | | | |
| 109. -- Calamos Fund | | | | | | | | | |
| 110. -- General Motors stock | | | | | partial sale | 12-6 | | | |
| 111. -- Merck stock | | | | | partial sale | 9-14 | | | |
| 112. -- Mylan Lab stock | | | | | | | | | |
| 113. -- NVIDIA stock | | | | | | | | | |
| 114. -- Pfizer stock | | | | | | | | | |
| 115. -- Regions stock | | | | | | | | | |
| 116. -- St. Joe stock | | | | | partial sale | 12-13 | | | |
| 117. -- Tupperware stock | | | | | | | | | |
| 118. -- UST stock | | | | | | | | | |
| 119. -- Buckeye Partners | | | | | sold | 12-6 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Washington Mutual stock | | | | | | | | | |
| 121. -- Wachovia stock | | | | | | | | | |
| 122. -- J. M. Smucker | | | | | | | | | |
| 123. -- Toyota stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B l and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item numbers 76 through 89 and 91 through 113 from last reporting period (2003) were omitted because they were assets of

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S | 04/28/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                                                                           Date  / May 2006

NOTE:                                                                           ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CR

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544